# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6370
FAX: (702) 388-6418
Attorneys for the Plaintiff




# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ARNOLD BRYAN BERNARD HALL, Defendant. | **SEALED CRIMINAL INDICTMENT** 2:15-CR-101 **VIOLATION:** 18 U.S.C. §§ 922(g)(1), 924(a)(2) - Felon in Possession of a Firearm |

**THE GRAND JURY CHARGES THAT:**

On or about January 28, 2015, in the State and Federal District of Nevada,

**ARNOLD BRYAN BERNARD HALL,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 2012 conviction for Robbery (Category B Felony) in the State of Nevada; and (2) a 2010 conviction for Larceny from the Person (Category C Felony) in the State of Nevada, did knowingly possess a firearm, to wit: a Smith & Wesson rifle bearing serial number DUU7019, said possession being in and affecting interstate commerce

and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

**DATED:** this 8th day of April, 2015.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

ALEXANDRA MICHAEL
Assistant United States Attorney