# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**April 19, 2019**

Name of Offender: **Arnold Bryan Bernard Hall**

Case Number: **2:15CR00101**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **July 18, 2016**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **46 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 11, 2018**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Community Service – You must complete 20 hours of community service within 3 months. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.**

## CAUSE

In a report dated April 12, 2019, we informed Your Honor that Hall failed to report for drug testing on November 11, 2018, November 24, 2018 and February 26, 2019. Following each missed test, Hall reported to the probation office and tested negative. In response, the undersigned reviewed the drug testing requirements with Hall with hopes there would no further missed tests. Hall was warned that if he continues to miss the Court will be notified with a recommendation for punitive action.

Shortly following court notification of the above noted violations, on April 16, 2019, Hall failed to report for drug testing for the fourth time. Hall's failure to report for drug testing places him in moderate severity violation status. To address his noncompliance, the probation office recommends Hall be ordered to complete 20 hours of community service in addition to the 40 hours of community service ordered in his original judgement. Therefore, we are asking for Hall to complete a total of 60 hours of community service work within three months. As an intervention, the drug testing requirements were once again reviewed with Hall. Hall agrees with the proposed modification as witnessed by his signature on the attached Waiver of Hearing to Modify Conditions of Supervision. Hall has been warned continued violations will result in further court notification with recommendation for additional punitive action.

Respectfully submitted,

Brandee Davis
2019.04.24
13:50:29 -07'00'

Brandee Davis
United States Probation Officer

Approved:

Todd J. Fredlund
2019.04.24
13:13:04 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

## THE COURT ORDERS

☐     No Action.

☐     The extension of supervision as noted above.

**X**     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

5/1/2019
_____
Date