|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00101-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | ECF No. 52 |
| ARNOLD BRYAN BERNARD HALL, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, March 3, 2020 at 10:30 a.m., be vacated and continued to March 31, 2020, at the hour of 10:30 a.m.

DATED this 2nd day of March 2020.

_____
UNITED STATES DISTRICT JUDGE