NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6338
Travis.Leverett@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ARNOLD BRYAN BERNARD HALL, <br><br> Defendant. | Case No. 2:15-cr-00101-JAD-CWH <br><br> Stipulation to Continue Revocation Hearing Date (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, Travis Leverett, Assistant United States Attorney, counsel for the United States of America and Brandon C. Jaroch, counsel for defendant Arnold Bryan Bernard Hall, that the Revocation Hearing currently scheduled on April 27, 2020, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

It is also STIPULATED AND AGREED that the following Special Condition should be imposed by the Court as a term Mr. Hall's supervised release: The defendant must participate in a mental health treatment program and follow the rules and regulations of that

program. The Probation Department will supervise the defendant's participation in that program.

This stipulation is entered into for the following reasons:

1. On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020.
2. Defense counsel and counsel for the government agree to the continuance and additional Special Condition.
3. The defendant is not in custody and agrees to the continuance and additional Special Condition.

4.  This is the second request for a continuance of the revocation hearing.

Dated this 21st day of April 2020.

                    Respectfully Submitted,

                    NICHOLAS A. TRUTANICH
                    United States Attorney

                    */s/ Travis Leverett*
                    TRAVIS LEVERETT
                    Assistant United States Attorney

                    */s/ Brandon Jaroch*
                    BRANDON C. JAROCH
                    Counsel for Arnold Hall

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6338
Travis.Leverett@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ARNOLD BRYAN BERNARD HALL,<br><br>　　　　　　Defendant. | Case No. 2:15-cr-00101-JAD-CWH<br><br>Stipulation to Continue Revocation Hearing Date (Second Request) |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly,

4

the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020.

2. Both counsel for the defendants and counsel for the government agree to the continuance and additional Special Condition.

3. The defendant is not in custody and agrees to the continuance and additional Special Condition.

4. This is the second request to continue the revocation hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing and addition of the requested Special Condition of the defendant's supervised release.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for April 27, 2020, at 10:00 a.m. be vacated and continued to June 22, 2020, at 9:00 a.m. Further, IT IS ORDERED that the following Special Condition is added as a condition of the defendant's supervised release: The defendant must participate in a mental health treatment program and follow the rules and regulations of that program. The Probation Department will supervise the defendant's participation in that program.

DATED this 22nd day of April 2020.

_____
UNITED STATES DISTRICT JUDGE