**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD BRYAN BERNARD HALL,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00101-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 59 |

　　IT IS ORDERED that the revocation hearing currently scheduled for Monday, June 22, 2020 at 9:00 a.m., be vacated and continued to August 3, 2020, at 10:30 a.m.

　　DATED this 18th day of June 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE