# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00101-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | **ECF No. 63** |
| ARNOLD BRYAN BERNARD HALL, | |
| Defendant. | |

Based on the parties stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, August 3, 2020 at 10:30 a.m., be vacated and continued to September 14, 2020, at 1:30 p.m.

DATED this 3rd day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

3